AO 442 (Rev. 01/09) Arrest Warrant

FILED 10 MAY '16 15:29 USDC-ORE

# UNITED STATES DISTRICT COURT
for the
District of Oregon

1665-0509-1406-J

United States of America
v.

MICHAEL RAY EMRY
*Defendant*

Case No. 6:16-mj-56-JR

## ARREST WARRANT

**ORIGINAL**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **MICHAEL RAY EMRY**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Possession of a Machine Gun not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26 United States Code Sections 5841, 5861(d) and 5871

Unlawful Possession of a Firearm with an Obliterated Serial Number in violation of Title 18 United States Code Section 922(k)

Date: 5-6-2016

City and state: Eugene, Oregon

Thomas M. C_____ _____ Judge

### Return

This warrant was received on *(date)* 5/6/16, and the person was arrested on *(date)* 5/6/16
at *(city and state)* John Day, OR.

Date: 5/9/16

*Arresting officer's signature*

SA Benjamin Jones
*Printed name and title*