IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL RAY EMRY,<br><br>　　　　　　　　　　Defendant. | Case No. 6:16-mj-00056-JR<br><br>ORDER APPOINTING COUNSEL |

IT IS ORDERED that Mark Sabitt is appointed (effective May 11, 2016) as counsel for MICHAEL RAY EMRY, pursuant to the provisions of 18 U.S.C. § 3006A.

DATED this 16th day of May, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Jolie A. Russo
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PRESENTED BY:

_____
Lisa C. Hay
Federal Public Defender

ORDER APPOINTING COUNSEL