**Mark Sabitt**
**Spence and Sabitt LLP**
**747 Willamette Street**
**Eugene, OR 97401**
Phone (541)343-9909
Fax (541)343-0014

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 6:16-MJ-56-JR |
| Plaintiff, ) | |
| vs. ) | |
| Michael Emry, ) | Defendant's Memorandum In Support Of Release |
| Defendant. ) | |

COMES NOW Defendant, Michael Emry, by and through his attorney Mark Sabitt, appearance by Marc A. Spence, and respectfully submits the attached Declarations for the Court's consideration at the release hearing set for May 24, 2016.

Respectfully submitted this 23 day of May, 2016.

_____
Marc A. Spence, OSB# 873496
On behalf of Mark Sabitt
Attorney for Defendant

Page 1 of 1